**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| JOHN CAMPBELL and JENNIFER CAMPBELL )<br><br>Plaintiffs, )<br>vs. )<br>)<br>THE NOEL U. BOYNES, SR. and BERNICE C. )<br>BOYNES JOINT LIVING TRUST, CHERYL A. )<br>BOYNES-JACKSON, TRUSTEE, CHERYL )<br>BOYNES-JACKSON, MICHAEL A. JACKSON, )<br>SR., NOEL U. BOYNES, SR., BERNICE C. )<br>BOYNES, NOEL U. BOYNES, JR., )<br>REVERE HIGH YIELD FUND, L.P., )<br>UNITED STATES OF AMERICA, INTERNAL )<br>REVENUE SERVICE, GOVERNMENT OF )<br>THE VIRGIN ISLANDS BUREAU OF )<br>INTERNAL REVENUE, AND )<br>CATERPILLER FINANCIAL SERVICES )<br>CORPORATION, )<br>Defendants. ) | 3:23-cv-00051 |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**
**IN LIEU OF SUMMARY JUDGMENT**

COME NOW plaintiffs, JOHN CAMPBELL and JENNIFER CAMPBELL, by and through undersigned counsel, and Defendant, the UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE (the "United States" ) by and through its undersigned counsel, and Defendant, the GOVERNMENT OF THE VIRGIN ISLANDS, BUREAU OF INTERNAL REVENUE ("GVI"), by and through its undersigned counsel, and jointly move the Court for the entry of a JUDGMENT of FORECLOSURE in the above matter by CONSENT and in Lieu of Summary Judgment, as the there are no genuine disputes of material fact between said parties, and movants agree that Plaintiffs are entitled to a judgment of foreclosure as a matter of law. In support of this motion, movants state as follows[1]:

---

[1] In order not to clutter the record, the citations to documents and exhibits herein shall be to the " Doc.#___ " for exhibits to the Complaint and to Plaintiffs June 3, 2024 Motion of Default Judgment against the Boynes Defendants, the Boynes Trust, Revere High Yield Fund, L.P., and Caterpiller Financial Services, Corp. *Se*e, e.g., Doc.#s 37-1 to 37-24.

3031\Pleadings\2025 01-09 Joint Motion for Entry of Consent Judgment

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*   Dist.Ct. Case No. 3:23-cv-00051
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Motion for Consent Judgment in Lieu of Summary Judgment                                   Page 2

1.     Plaintiffs are the Lenders/Mortgagee's under the First Priority Mortgage recorded on January 11, 2011 against the property described as: 18-51 Enighed, No.1 Cruz Bay Quarter, St. John, U.S. Virgin Islands (the "Property"). *See*, Complaint  Exhibit 2 (Doc. # 1-2), and Doc # 37-15, Exhibit 8 to Plaintiffs June 3, 2024 Motion for Default Judgment. (Doc. # 37)[2].

2.     Plaintiffs January 11, 2011First Priority Mortgage secured the purchase money Promissory Note in the original amount of $200,000.00 provided by the Buyers/ Borrowers: Cheryl A. Boynes Jackson, Michael A. Jackson, Jr., Noel U. Boynes, Sr., Bernice C. Boynes, as part of their purchase of the Property from Plaintiffs. Complaint, Exhibit1 Doc.# 1-1; *see also* Doc. # 37-7.

3.     Defendants the United States and GVI each have numerous tax liens, all of which were recorded against the property well after Plaintiffs January 11, 2011 First Priority Mortgage was recorded. All of those tax liens are junior liens behind Plaintiffs  First Priority Mortgage; and said defendants have admitted this in their  respective Answers. *See*, Doc. # 25, at¶¶ 10 & 20; Exhibit B to GVI's Answer (Doc.#25-2); and Doc. # 34 at ¶19.[3]

4.     It is undisputed that the Boynes Defendants, the debtors, and their Trust, have defaulted on the payment obligations under the Note and the First Priority Mortgage, and  failed to cure those defaults after notice. *See* Affidavit of John Campbell, Doc. #37-17, together with Exhibit A thereto & Demand Letter, Doc. # 37-23. Plaintiffs are authorized by the terms of the Mortgage to

---

[2] The June 3, 2024 Motion seeks a Default Judgment against Defendants: The Noel U. Boynes, Sr. and  Bernice C. Boynes Joint Living Trust,  Cheryl A. Boynes Jackson, Michael A. Jackson, Jr., Noel U. Boynes, Sr., Bernice C. Boynes,  Noel U. Boynes, Jr.,  Revere High Yield Fund LP, and the Caterpillar Financial Services Corporation (the "Defaulting Defendants")

[3]  Title Reports, setting forth all liens & encumbrances of record was submitted as Exhibit 12, to Motion for Default Judgment (Doc.#34-19), and is incorporated herein by reference.

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*                    *Dist.Ct. Case No. 3:23-cv-00051*
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Motion for Consent Judgment in Lieu of Summary Judgment                                    Page 3

foreclose. (Doc. # 37-15 at ¶¶ 6, 7, 7.1-7.7, 8, 10, 15, 15.1-15.3, & 18 ).

4.      Plaintiffs filed the Complaint in this action on October 18, 2023, and thereafter all Defendants were duly served.

5.      On February 13, 2024, a Default was entered against Defendants: The Noel U. Boynes, Sr. And Bernice C. Boynes Joint Living Trust,  Cheryl A. Boynes Jackson, Michael A. Jackson, Jr., Noel U. Boynes, Sr., Bernice C. Boynes,  Noel U. Boynes, Jr., the Revere High Yield Fund L.P, and the Caterpillar Financial Services Corporation ( hereinafter the "Defaulting Defendants"), as a result of their failure to appear or answer.

6.      On June 3, 2024, Plaintiffs moved for a Default Judgment against the Defaulting Defendants (Doc.#37), and on June 6, 2024, Plaintiffs moved for summary judgment against Defendants, the United States and GVI. (Doc.# 43).

7.      On June 27, 2024, Defendant the Revere High Yield Fund, L.P. appeared through counsel, Ryan Meade, Esq. Doc.#49.  The  Revere High Yield Fund, L.P, however, has not sought to vacate the Default entered against it, nor has it Responded to nor opposed Plaintiffs June 3, 2024 Motion for Default Judgment.

8.      As of the filing of this Joint Motion, none of the other Defaulting Defendants have appeared,  moved to set aside the entry of Default, or  responded to or opposed Plaintiffs June 3, 2024 Motion for Default Judgment.

Accordingly, movants agree that Plaintiffs are entitled to a judgment of foreclose and to have the property sold at a Marshal's sale.  As such, movants  are requesting that in lieu of summary judgment, the Court enter a Consent Judgment of Foreclosure in Plaintiffs favor against Defendants the United States and GVI, and contemporaneously enter the entry of a Default Judgment against the

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*                    *Dist.Ct. Case No. 3:23-cv-00051*
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Mtn for Consent Judgment                                                                                    Page 4

Defaulting Defendants, merging both and declaring the relative priority of the junior liens and tax liens recorded against the property based on the date each such junior lien was recorded with the Virgin Islands Office of the Recorder of Deeds, and permitting Plaintiffs to proceed with the foreclosure sale, foreclosing out all interests the Defendants have or may have in the property, and allowing the proceeds of the foreclosure sale to first be used to satisfy Plaintiffs first priority mortgage lien, including payment of all unpaid principle, interest, late charges, costs, and attorneys fees, and all amounts that Plaintiffs have or hereinafter  may pay for insurance premiums, real property taxes, fees and assessments on behalf of the Property, with interest thereon from the date of any such payment at the statutory rate and thereafter from the date of judgment at the judgment rate as provided by law. Any amounts remaining after Plaintiffs have been paid in full, shall then be paid in the order of priority as adjudicated by the Court based on the date and time of recording of each junior lien.

**WHEREFORE**, based on the foregoing, movants jointly request that the Court enter a CONSENT JUDGMENT in the form submitted herewith, to be combined and merged with the Default Judgment against the Defaulting Defendants which movants request be contemporaneously entered so that the foreclosure sale may proceed on the terms ordered by the Court.  Each of the movants are hereby consenting to the entry of the CONSENT JUDGMENT in Plaintiffs favor as submitted herewith, and their consent is evidenced by their respective counsel's signatures below.

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*        *Dist.Ct. Case No. 3:23-cv-00051*
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Mtn for Consent Judgment        Page 5

**DATED:** January 9, 2025        Respectfully submitted,
        **A. J. WEISS & ASSOCIATES**

        By:    /s/ A. Jeffrey Weiss, Esq.
        A. Jeffrey Weiss, Esq.
        9800 Buccaneer Mall
        Bldg 1, Suite 15
        St. Thomas, U.S. Virgin Islands  00802
        Telephone: (340) 777-3011
        E-mail: jeffweiss@weisslaw-vi.com
        *Counsel for plaintiffs*

**SO STIPULATED AND AGREED TO:**

**DATED**: January 9, 2025        Plaintiffs, JOHN CAMPBELL and JENNIFER CAMPBELL

        By:    /s/ A. Jeffrey Weiss, Esq.
        A. Jeffrey Weiss, Esq.
        9800 Buccaneer Mall
        Bldg 1, Suite 15
        St. Thomas, U.S. Virgin Islands  00802
        Telephone: (340) 777-3011
        E-mail: jeffweiss@weisslaw-vi.com
        Counsel for plaintiffs

**SO STIPULATED AND AGREED TO:**

**DATED:** January 9, 2025        Defendant UNITED STATES OF AMERICA,
        INTERNAL REVENUE SERVICE

        DELIA L. SMITH
        UNITED STATES ATTORNEY
        By:    /s/ Aysha R. Gregory
        Aysha R. Gregory
        Assistant United States Attorney
        Office of the U.S. Attorney
        Ron de Lugo Federal Building
        5500 Veterans Drive, Suite 260
        St. Thomas, VI 00802-6424
        Telephone: 340-774-5757
        aysha.gregory@usdoj.gov

    and,

3031\Pleadings\2025 01-09 Joint Motion for Entry of Consent Judgment

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*          *Dist.Ct. Case No. 3:23-cv-00051*
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Mtn for Consent Judgment                                              Page 6

## SO STIPULATED AND AGREED TO:

**DATED:** January 9, 2025          Defendant GOVERNMENT OF THE VIRGIN ISLANDS,
                                      BUREAU OF INTERNAL REVENUE ("GVI")

                    By:     GORDON RHEA, Esq.
                           ATTORNEY GENERAL
                           /s/ Eric S. Chancellor ,Esq.
                           ERIC S. CHANCELLOR, ESQ.
                           V.I. Bar #444
                           Assistant Attorney General
                           213 Estate La Reine, RR1 Box 6151
                           Kingshill, VI 00850, (340) 773-0295
                           eric.chancellor@doj.vi.gov

3031\Pleadings\2025 01-09 Joint Motion for Entry of Consent Judgment

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*          *Dist.Ct. Case No. 3:23-cv-00051*
*And Bernice C. Boynes Joint Living Trust, et al.*
Joint Mtn for Consent Judgment                                                              Page 7

## CERTIFICATE OF SERVICE\

It is hereby certified that on this the 13th day of January 2025, I electronically filed the instant **JOINT MOTION FOR CONSENT JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Eric S. Chancellor, Esq.
**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
213 Estate La Reine
RR1 Box 6151
Kingshill, VI 00850
Email: eric.chancellor@doj.vi.gov
*Counsel for GVI*

Aysha R. Gregory
Assistant United States Attorney
**Office of the United States Attorney**
5500 Veterans Drive, Suite 260
Ron de Lugo Federal Building
St. Thomas, VI 00802
Email: aysha.gregory@usdoj.gov
Email: delia.smith@usdoj.gov

Revere High Yield Fund
c/o Ryan Meade Chartered Attorney, LLC
2222 Ponce De Leon Blvd, 3rd Fl Coral Gables,
FL 33134 (305) 924-7286
ryanm@rmcalaw.com

Via U.S. Mail to the following:

Noel U. Boynes, Jr.
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Noel U. Boynes, Sr.
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Cheryl A. Boynes, Jackson
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

The Noel U. Boynes, Sr. And Bernice C.
Boynes Joint Living Trust
c/o Cheryl A. Boynes Jackson, Trustee
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Michael A. Jackson, Sr.
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Caterpillar Financial Services Corporation
c/o Glenda Shepherd
2908 Poston Avenue
Nashville, TN 37203

Bernice C. Boynes
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

 /s/ A. Jeffrey Weiss
A. Jeffrey Weiss, Esq.

3031\Pleadings\2025 01-09 Joint Motion for Entry of Consent Judgment