**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| JOHN CAMPBELL and JENNIFER CAMPBELL )<br>)<br>Plaintiffs,   )<br>)<br>vs.                             )<br>)<br>THE NOEL U. BOYNES, SR. and BERNICE C. )<br>BOYNES JOINT LIVING TRUST, CHERYL A. )<br>BOYNES-JACKSON, TRUSTEE, CHERYL  )<br>BOYNES-JACKSON, MICHAEL A. JACKSON, )<br>SR., NOEL U. BOYNES, SR., BERNICE C. )<br>BOYNES, NOEL U. BOYNES, JR., )<br>REVERE HIGH YIELD FUND, L.P., )<br>UNITED STATES OF AMERICA, INTERNAL )<br>REVENUE SERVICE, GOVERNMENT OF )<br>THE VIRGIN ISLANDS BUREAU OF )<br>INTERNAL REVENUE, AND )<br>CATERPILLER FINANCIAL SERVICES )<br>CORPORATION, )<br>Defendants.   ) | 3:23-cv-00051 |

## NOTICE OF FILING

**COME NOW** plaintiffs, by and through undersigned counsel, and hereby provides Notice Of the filing of the revised proposed Consent Order And Judgment Of Foreclosure,, annexed herein as **Exhibit 1**...

**DATED:** January 23, 2025

Respectfully submitted,
A.J. WEISS & ASSOCIATES

By:   /s/ A. Jeffrey Weiss
A. Jeffrey Weiss, Esq.
9800 Buccaneer Mall,
Bldg. 1, Suite 15
St. Thomas, U.S. Virgin Islands 00802
Telephone: (340) 777-3011
Telecopier: (340) 777-3019
Email: jeffweiss@weisslaw-vi.com
*Counsel for Plaintiffs*

*John Campbell & Jennifer Campbell v. The Noel U. Boynes, Sr.*　　　　Dist.Ct. Case No. 3:23-cv-00051
*And Bernice C. Boynes Joint Living Trust, et al.*
<u>Notice of Filing</u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

## CERTIFICATE OF SERVICE

　　　　It is hereby certified that on this the 23rd day of January 2025, I caused a true and exact copy of the foregoing **NOTICE OF FILING** to be served on counsel for defendants using the CM/ECF system which will send a notification of such filing (NEF) to:

Eric S. Chancellor, Esq.
**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
213 Estate La Reine
RR1 Box 6151
Kingshill, VI 00850
Email: eric.chancellor@doj.vi.gov
*Counsel for Defendant-*
*The Government of the Virgin Islands*
　*Bureau of Internal Revenue*

and

Aysha R. Gregory
Assistant United States Attorney
**Office of the United States Attorney**
5500 Veterans Drive, Suite 260
Ron de Lugo Federal Building
St. Thomas, VI 00802
Email: aysha.gregory@usdoj.gov
 & delia.smith@usdoj.gov

**Revere High Yield Fund**
c/o Ryan Meade Chartered Attorney, LLC
2222 Ponce De Leon Blvd, 3rd Fl Coral Gables, FL 33134 (305) 924-7286
ryanm@rmcalaw.com

**and,**
<u>**Via U.S. Mail to the following:**</u>

Noel U. Boynes, Jr.
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Michael A. Jackson, Sr.
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Cheryl A. Boynes, Jackson, individually,
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

The Noel U. Boynes, Sr. And Bernice C.
Boynes Joint Living Trust
c/o Cheryl A. Boynes Jackson, Trustee
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830

Caterpillar Financial Services Corporation
c/o Glenda Shepherd
2908 Poston Avenue
Nashville, TN 37203

Bernice C. Boynes
18-51 Estate Enighed, Cruz Bay
St. John, U.S. Virgin Islands 00830,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ A. Jeffrey Weiss
　　　　　　　　　　　　　　　　　　　　　　　　A. Jeffrey Weiss, Esq.