**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| JOHN CAMPBELL and JENNIFER CAMPBELL )<br><br>Plaintiffs, )<br>vs. )<br><br>THE NOEL U. BOYNES, SR. and BERNICE C. )<br>BOYNES JOINT LIVING TRUST, *et al.*, )<br><br>Defendants. )<br>_____ ) | CASE NO. 3:23-cv-0051 |

**ORDER**

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Default Judgment. (ECF No. 37.) Also before the Court are Plaintiffs John Campbell's and Jennifer Campbell's and Defendants, the United States of America, the Government of the Virgin Islands, and the Revere High Yield Fund, L.P.'s proposed joint Consent Order and Judgment of Foreclosure, ("Proposed Joint Consent Order"), ECF No. 67-1, as well as Plaintiffs' proposed Order and Default Judgment ("Proposed Order") against The Noel U. Boynes, Sr. and Bernice C. Boynes Joint Living Trust, Cheryl A. Boynes-Jackson, Trustee, Cheryl Boynes-Jackson, individually, Michael A. Jackson, Sr., Bernice C. Boynes, Noel U. Boynes, Jr., and Caterpiller Financial Services Corporation, ECF No. 68-1.

The Court notes inconsistencies with the legal description of the property as described in the Proposed Joint Consent Order, the Proposed Order, Plaintiffs' Complaint, ECF No. 1, and Plaintiffs' Motion for Default Judgment, ECF No. 37, and the Joint Motion for Entry of Consent Judgment in Lieu of Summary Judgment, ECF No. 58, when compared to the documents filed in support of these pleadings and motions.

Several times throughout the Proposed Joint Consent Order, ECF No. 67-1, the property is described as "**18-51 Enighed.**"  (ECF No. 67-1 at 2, 4, and 9.) Similarly, in the Proposed Order, ECF No. 68-1, the property is described as "**18-51 Enighed.**"  (ECF No. 68-1 at 2 and 6.)

Plaintiffs' Complaint also describes the property as "**18-51 Estate Enighed.**" (ECF No. 1, at 3 and 4.) However, the documents filed in support of the Complaint describe the property as "**Parcel No. 18-51 Remainder Estate Enighed**":

1.  Promissory Note, dated January 11, 2011. (ECF No. 1-1 at 3)[1]

---
[1] The Promissory Note was also filed in support of Plaintiff's Motion for Default Judgment. (ECF No. 37-14.)

*Campbell v. The Noel U. Boynes, Sr. and Bernice C. Boynes Joint Living Trust, et al*
Case No. 3:23-cv-0051
Order
Page **2** of **3**

    2. First Priority Mortgage, dated January 11, 2011. (ECF No. 1-2.) [2] The First Priority Mortgage was recorded on January 11, 2011, as Doc. #2011000093 at the Office of the Recorder of Deeds.

    3. Demand Letter dated August 24, 2023. (ECF No. 1-3 at 3.)

Next, Plaintiff's Motion for Default Judgment, (the "Motion for Default Judgment") ECF No. 37, as well as the Affidavit of John Campbell in support, ECF No. 37-17, also describe the property as "**18-51 Enighed**." The following documents filed in support describe the property as "**Parcel No. 18-51 Remainder Estate Enighed**":

    1. Warranty Deed [3] dated December 10, 2010, recorded January 11, 2011, as Doc. 2011000092 at the Recorder of Deeds. (ECF No. 37-13.)

    2. Quitclaim Deed [4], dated June 27, 2012, recorded October 23, 2013, as Doc. No. 2013008230 at the Recorder of Deeds. (ECF No. 37-16.)

    3. Mortgage to Revere High Yield Fund, LP, dated April 1, 2015, recorded on April 22, 2015, as Doc. No. 2015002546 at the Recorder of Deeds. (ECF No. 37-18.) [5]

    4. Two certified title reports on **Parcel No. 18-51 Remainder** by Anchor Title, LLC., dated August 25, 2023, and April 19, 2024. (ECF No. 37-19.) [6]

Finally, the Joint Motion for Entry of Consent Judgment in Lieu of Summary Judgment, ("the Joint Consent Judgment Motion") ECF No. 58, also describe the property as "**18-51 Enighed**." The parties relied on the documents that were filed in support of the Complaint and

---

[2] The First Priority Mortgage was also filed in support of Plaintiff's Motion for Default Judgment. (ECF No. 37-15.)

[3] The Warranty Deed conveyed the real property interest in **Parcel No. 18-51 Remainder Estate Enighed**, **consisting of 0.23 acres**, more or less, from John Campbell and Jennifer Campbell to Cheryl Boynes-Jackson. Michael A. Jackson, Sr., and Noel U. Boynes, Sr. and Bernice C. Boynes.

[4] The Quitclaim Deed conveyed the real property interest in **Parcel No. 18-51 Remainder Estate Enighed, consisting of 0.23 acres,** more or less, **_and_ Parcel No. 18-51A Estate Enighed, consisting of 0.232 acres,** more or less, from Cheryl Boynes-Jackson, Michael A. Jackson, Sr., Noel U. Boynes, Sr., and Bernice C. Boynes to The Noel U. Boynes, Sr., and Bernice C. Boynes Joint Living Trust, Cheryl A. Boynes-Jackson, Trustee.

[5] Cheryl A. Bornes-Jackson as Trustee of The Noel U. Boynes, Sr. and Bernice C. Boynes Joint Living Trust, a Virgin Islands trust, mortgaged to Revere High Yield Fund, LP several properties, including Parcel Nos. 18-51 Remainder **and** 18-51A Estate Enighed. (ECF No. 37-18 at 3)

[6] Both title reports for Parcel No. **18-51 Remainder Estate Enighed** provide prior deed information on the last page of each report. (ECF No. 37-19 at 6 and at ECF No. 37-19 at 11). Both title reports state "WD dated 2/4/95, recorded 2/14/95, Book 44-I, Page 104, Doc. No. 778, given by St. John Homes, Inc. to John Campbell and Jennifer Campbell. (**on 18-51** as shown on D9-5862-T95 and **consisting of 0.464 acres**)." In other words, **18-51 Estate Enighed** was subdivided at some date between the February 4, 1995, Warranty Deed and the December 10, 2010, Warranty Deed, the date John Campbell and Jennifer Campbell's conveyed their interest in Parcel No. **18-51 Remainder Estate Enighed**, **consisting of 0.23 U.S. acres**, more or less, to Cheryl Boynes-Jackson. Michael A. Jackson, Sr., and Noel U. Boynes, Sr. and Bernice C. Boynes.

*Campbell v. The Noel U. Boynes, Sr. and Bernice C. Boynes Joint Living Trust, et al*
Case No. 3:23-cv-0051
Order
Page **3** of **3**

the Motion for Default Judgment, that describe the property as "**Parcel No. 18-51 Remainder Estate Enighed**."[7]

Due to these discrepancies, the Court will require the parties to respond to these inconsistencies, specifically, to clarify and verify the legal description of the real property that is the subject of this action.  Accordingly, it is hereby

**ORDERED** that the parties shall provide any and all documents that support their representations in the joint proposed Consent Order and Judgment of Foreclosure that the current legal description of the property being foreclosed is "**18-51 Enighed, No 1 Cruz Bay Quarter, St. John, U.S. Virgin Islands, consisting of 0.23 acres, more or less, as shown on O.L.G. No. D9-6282-T97.**" (ECF No. 67-1); it is further

**ORDERED** that Plaintiffs shall provide any and all documents that support their representation in their proposed Order of Default Judgment and Judgment of Foreclosure that the current legal description of the property being foreclosed is "18-51 Enighed, No. 1 Cruz Bay Quarter, St. John, U.S. Virgin Islands, consisting of 0.23 acres, more or less, as shown on O.L.G. No. D9-6282-T97." (ECF No. 68-1); it is further

**ORDERED** that Plaintiff **SHALL** file a supplement to the record to address the discrepancies as noted above by **March 31, 2025;** it is further

**ORDERED** that Plaintiffs' John Campbell and Jennifer Campbell's Motion for Default Judgment, ECF No. 37, is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that Plaintiffs John Campbell and Jennifer Campbell's and Defendants, the United States of America, Internal Revenue Service's and the Government of the Virgin Islands, Bureau of Internal Revenue's Joint Motion for Entry of Consent Judgment in Lieu of Summary Judgment, ECF No. 58, is **DENIED WITHOUT PREJUDICE**.

**Dated: March 12, 2025**                                  */s/ Robert A. Molloy*
                                                                      **ROBERT A. MOLLOY**
                                                                      **Chief Judge**

---

[7] *See,* Footnote 1, of the Joint Consent Judgment Motion, stating: In order not to clutter the record, the citations to documents and exhibits herein shall be to the " Doc.#___" for exhibits to the Complaint and to Plaintiffs June 3, 2024 Motion of Default Judgment against the Boynes Defendants, the Boynes Trust, Revere High Yield Fund, L.P., and Caterpiller Financial Services, Corp. *See* e.g., Doc.#s 37-1 to 37-24.